# FRANKLIN, GRINGER & COHEN, P.C.

| | ATTORNEYS AT LAW | |
|---|---|---|
| Glenn J. Franklin | | Ken Sutak |
| Martin Gringer | | of counsel |
| Steven Elliot Cohen | 666 OLD COUNTRY ROAD, SUITE 202 | |
| Michael S. Mosscrop | GARDEN CITY, NEW YORK 11530-2013 | |
| Jasmine Y. Patel* | TELEPHONE (516) 228-3131.  FAX (516) 228-3136 | |
| Danielle Mietus | | |
| *ADMITTED TO NY AND NJ | | |

**Application Granted**

*Valerie Figueredo, U.S.M.J.*
DATED: 5-4-2023

The Initial Case Management Conference scheduled for May 18, 2023 is hereby rescheduled to **June 6, 2023 at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

**VIA ECF**
Magistrate Judge Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    **Chin et al v. Quad Studios, Inc. et al**
             **Docket No. 1:23-cv-01155 (PAE)(VF)**

Dear Judge Figueredo:

      We represent Defendants ADVANCED STUDIO LEARNING LLC, QUAD ACOUSTICS LLC, TINO PASSANTE, and RICKY HOSN (A/K/A RICKY ABOULHOSN), in the above-referenced matter. We write to request an adjournment of the Initial Case Management Conference, which is currently scheduled for May 18, 2023, to June 2, 2023 or June 6, 2023 or another date which is convenient for the Court. The undersigned has a previously scheduled arbitration before the AAA and is unable to attend the Conference. Plaintiffs' counsel has agreed to the adjournment and the requested new dates. This is the first request for such an adjournment and the parties have fulfilled their meet and confer obligations as set forth in Your Honor's April 24, 2023 Order, Docket No. 16.

      We thank Your Honor in advance for your consideration.

                                                        Very truly yours,
                                                        **FRANKLIN, GRINGER & COHEN, P.C.**

                                                       **Jasmine Patel**

cc: Plaintiffs' counsel via ECF