UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSHAY CHIN and EDIDIONG ESSIEN,

            Plaintiffs,

-against-

QUAD STUDIOS, INC., ADVANCED STUDIO LEARNING, LLC, QUAD ACOUSTICS, LLC, TINO PASSANTE, and RICKY HOSN (A/K/A RICKY ABOULHOSN),

            Defendants.

Index No.: 1:23-cv-01155(PAE)(VF)

**JUDGMENT**

On August 29, 2023, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, OSHAY CHIN and EDIDIONG ESSIEN, have judgment against Defendants ADVANCED STUDIO LEARNING, LLC, QUAD ACOUSTICS, LLC, TINO PASSANTE, and RICKY HOSN (A/K/A RICKY ABOULHOSN), jointly and severally, in the amount of Fifty-Nine Thousand Four Hundred Twenty-Six Dollars and Thirteen Cents ($59,426.13) which is inclusive of attorneys' fees and costs and interest.

Dated: _____, 2023

                                                          Judge Paul A. Engelmayer
                                                          United States District Judge