UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSHAY CHIN and EDIDIONG ESSIEN,

          Plaintiffs,

-against-

QUAD STUDIOS, INC., ADVANCED STUDIO LEARNING, LLC, QUAD ACOUSTICS, LLC, TINO PASSANTE, and RICKY HOSN (A/K/A RICKY ABOULHOSN),

          Defendants.

Index No.: 1:23-cv-01155(PAE)(VF)

**JUDGMENT**

On August 29, 2023, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, OSHAY CHIN and EDIDIONG ESSIEN, have judgment against Defendants ADVANCED STUDIO LEARNING, LLC, QUAD ACOUSTICS, LLC, TINO PASSANTE, and RICKY HOSN (A/K/A RICKY ABOULHOSN), jointly and severally, in the amount of Fifty-Nine Thousand Four Hundred Twenty-Six Dollars and Thirteen Cents ($59,426.13) which is inclusive of attorneys' fees and costs and interest.

The Clerk of Court is respectfully requested to close this case.

Dated: August 31, 2023

                                                Judge Paul A. Engelmayer
                                                United States District Judge

4